UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00725-JCM-PAL<br><br>ORDER<br><br>(Mot Amend – Dkt. #24) |

Before the court is Valencia Management LLC Series 4's Motion to Amend First Amended Counterclaims and Third Party Complaint and For Leave to File Second Amended Counterclaims (Dkt. #24) filed August 5, 2015.  No opposition has been filed, and the time for filing an opposition has expired.

**IT IS ORDERED** that Valencia Management LLC Series 4's Motion to Amend First Amended Counterclaims and Third Party Complaint and For Leave to File Second Amended Counterclaims (Dkt. #24) is **GRANTED**.  Valencia Management LLC Series 4 shall have until September 28, 2015, to separately file the First Amended Counterclaims and Third Party Complaint and Second Amended Counterclaims attached as Exhibit A to the motion.

DATED this 23rd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1