**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterclaim Defendant
**GREEN TREE SERVICING LLC, NOW KNOWN AS DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>       Plaintiff,<br>  v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION,<br><br>       Defendants. | CASE NO.:  2:15-cv-00725-JCM-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FIRST AMENDED ANSWER TO FIRST AMENDED COUNTERCLAIM** |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>       Counterclaim Plaintiff,<br>  v.<br><br>GREEN TREE SERVICING LLC; DOES I through X, inclusive; ROES CORPORATION 1 through 10, inclusive,<br><br>       Counterclaim Defendants. | (FIRST REQUEST) |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>       Third Party Plaintiff,<br>  v.<br><br>SUSANNA MIZRAHI, an individual; AQUA FINANACE, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; ROE | |

1

CORPORATIONS 1 through 10, inclusive,

        Third Party Defendants.

WHEREFORE, Green Tree Servicing LLC, now known as Ditech Financial LLC's ("Green Tree") reply in support of its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim is currently due on or before October 5, 2015;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Plaintiff/Counterclaim Defendant, Green Tree and Defendant/Counterclaim Plaintiff, Valencia Management LLC Series 4, by and through their undersigned attorneys, that Green Tree shall have up to and including October 15, 2015 to file its reply in support of its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim.

This is Green Tree's first request for an extension to file reply in support of its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

| WOLFE & WYMAN LLP | VALENCIA MANAGEMENT LLC SERIES 4 |
|---|---|
| By:  /s/ *Colt B. Dodrill*<br>Colt B. Dodrill<br>Nevada Bar No. 9000<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Plaintiff/Counter-Defendant, Green Tree Servicing LLC, now known as Ditech Financial LLC*<br><br>DATED: September 29, 2015 | By:  */s/ Paul R. Connaghan*<br>Paul R. Connaghan, Esq.<br>Nevada Bar No. 3229<br>Tara D. Newberry, Esq.<br>Nevada Bar No. 10696<br>7854 W. Sahara Ave.<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant/Counterclaim Plaintiff, Valencia Management LLC Series 4*<br><br>DATED:  September 29, 2015 |

2

2113559.1

**ORDER**

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its reply in support of its Motion for Leave to Amend is hereby extended up to and including October 15, 2015.

IT IS SO ORDERED.

Dated: October 8, 2015

_____
U.S. MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

On September 29, 2015, I served the **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FIRST AMENDED ANSWER TO FIRST AMENDED COUNTERCLAIM** by the following means to the persons as listed below:

    X        a.     ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Paul R Connaghan     pconnaghan@cnlawlv.com

Sean L. Anderson     sanderson@leachjohnson.com, kgruchow@leachjohnson.com, rcallaway@leachjohnson.com, rreed@leachjohnson.com

Tara D Newberry     tnewberry@cnlawlv.com, anewberry@cnlawlv.com, kseckinger@cnlawlv.com, myecfcnlaw@gmail.com

           b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

                                       By: */s/ Rebecca Nichols*
                                               Rebecca Nichols
                                               An employee of Wolfe & Wyman LLP

2113559.1