1  **COLT B. DODRILL, ESQ.**
   **Nevada Bar No. 9000**
2  **WOLFE & WYMAN LLP**
   **980 Kelly Johnson Drive, Ste. 140**
3  **Las Vegas, NV  89119**
   **Tel: (702) 476-0100**
4  **Fax: (702) 476-0101**
   **cbdodrill@wolfewyman.com**
5
   Attorneys for Plaintiff/Counterclaim Defendant
6  **GREEN TREE SERVICING LLC, NOW**
   **KNOWN AS DITECH FINANCIAL LLC**
7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10

| | |
|---|---|
| GREEN TREE SERVICING LLC, | CASE NO.:  2:15-cv-00725-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FIRST AMENDED ANSWER TO FIRST AMENDED COUNTERCLAIM** |
| VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION, | |
| Defendants. | |
| | |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company, | (SECOND REQUEST) |
| Counterclaim Plaintiff, | |
| v. | |
| GREEN TREE SERVICING LLC; DOES I through X, inclusive; ROES CORPORATION 1 through 10, inclusive, | |
| Counterclaim Defendants. | |
| | |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company, | |
| Third Party Plaintiff, | |
| v. | |
| SUSANNA MIZRAHI, an individual; AQUA FINANACE, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; ROE | |

1

CORPORATIONS 1 through 10, inclusive,

   Third Party Defendants.

WHEREFORE, on September 14, 2015, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree") filed its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim;

WHEREFORE, on September 28, 2015, Defendant Silverado Court Landscape Maintenance Corporation filed its Opposition to Green Tree's Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim;

WHEREFORE, Green Tree's Reply in Support of its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim is currently due on or before October 8, 2015;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Plaintiff/Counterclaim Defendant, Green Tree and Defendant, Silverado Court Landscape Maintenance Corporation, by and through their undersigned attorneys, that Green Tree shall have up to and including October 15, 2015 to file its Reply in Support of its Motion for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim.

///
///
///
///
///
///
///
///
///

1       This is Green Tree's second request for an extension to file Reply in Support of its Motion

2  for Leave to File Second Amended Complaint and First Amended Answer to Counterclaim, and is

3  not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

4

5  WOLFE & WYMAN LLP                LEACH JOHNSON SONG & GRUCHOW

6

7  By: _/s/ Colt B. Dodrill_____    By: _/s/ T. Chase Pittsenbarger_____

8  Colt B. Dodrill                       Sean L. Anderson
   Nevada Bar No. 9000                Nevada Bar No. 7259

9  980 Kelly Johnson Drive, Suite 140    T. Chase Pittsenbarger, Esq.
                                  Nevada Bar No. 13740

10  Las Vegas, NV 89119               8945 W. Russell Road, Suite 330
                                  Las Vegas, NV 89148

11  *Attorneys for Plaintiff/Counter-Defendant,*
   *Green Tree Servicing LLC, now known as Ditech*

12  *Financial LLC*                  *Attorneys for Defendant, Silverado Court*
                                 *Landscape Maintenance Corporation*

13  DATED: October 1, 2015          DATED:  October 1, 2015

14

15

16                                 **ORDER**

17       By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as

18  follows:

19       The deadline for Green Tree to file its reply in support of its Motion for Leave to File Second

20  Amended Complaint and First Amended Answer to Counterclaim is hereby extended up to and

21  including October 15, 2015.

22       IT IS SO ORDERED.

23

24

25

26  Dated: _October 8, 2015_____     _____

27                               U.S. MAGISTRATE JUDGE

28

2117552.1

<u>**CERTIFICATE OF SERVICE**</u>

On October 1, 2015, I served the **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FIRST AMENDED ANSWER TO FIRST AMENDED COUNTERCLAIM** by the following means to the persons as listed below:

    X        a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Paul R Connaghan     pconnaghan@cnlawlv.com

Sean L. Anderson     sanderson@leachjohnson.com, kgruchow@leachjohnson.com, rcallaway@leachjohnson.com, rreed@leachjohnson.com

Tara D Newberry     tnewberry@cnlawlv.com, anewberry@cnlawlv.com, kseckinger@cnlawlv.com, myecfcnlaw@gmail.com

             b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

                          By: */s/ Rebecca Nichols*
                              Rebecca Nichols
                              An employee of Wolfe & Wyman LLP

2117552.1