**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterclaim Defendant
GREEN TREE SERVICING LLC, NOW KNOWN AS DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>    Plaintiff,<br>  v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 10784 Teton Village Court, Henderson, NV 89052,<br><br>    Defendant. | CASE NO. 2:15-cv-00725-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>    Counterclaim Plaintiff,<br>  v.<br><br>GREEN TREE SERVICING LLC; DOES 1 through 10, inclusive; ROES CORPORATION 1 through 10, inclusive,<br><br>    Counterclaim Defendants. | |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>    Third Party Plaintiff,<br>  v.<br><br>SUSANNA MIZRAHI, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE | |

1

CORPORATIONS 1 through 10, inclusive,

        Third Party Defendants.

WHEREFORE, on January 11, 2016, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree") filed its Motion for Summary Judgment (Docket No. 52);

WHEREFORE, on January 11, 2016, Silverado Court Landscape Maintenance Corporation ("HOA") filed its Motion for Summary Judgment (Docket No. 55);

WHEREFORE, on February 4, 2016, the HOA filed its Response to Green Tree's Motion for Summary Judgment (Docket No. 63);

WHEREFORE, on February 4, 2016, Green Tree filed its Response to the HOA's Motion for Summary Judgment (Docket No. 66);

WHEREFORE, the HOA's Reply to Green Tree's Response to the HOA's Motion for Summary Judgment is currently due on or before February 22, 2016;

WHEREFORE, Green Tree's Reply to the HOA's Response to Green Tree's Motion for Summary Judgment is currently due on or before February 22, 2016;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Green Tree and the HOA, by and through their undersigned attorneys, that Green Tree shall have up to and including Monday, March 7, 2016 to file its Reply to the HOA's Response to Green Tree's Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED between Green Tree and the HOA, by and through their undersigned attorneys, that the HOA shall have up to and including Monday, March 7, 2016 to file its Reply to Green Tree's Response to the HOA's Motion for Summary Judgment.

The parties request their respective extensions because of numerous motions pending and as a way to accommodate one another accordingly with the extensive motion practice in this matter.

///

///

///

2

2228307.1

This is the parties' first request for an extension to file their reply briefs and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

| WOLFE & WYMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| By:  /s/ *Colt B. Dodrill* | By:  /s/ *T. Chase Pittsenbarger* |
| Colt B. Dodrill, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 9000 | Nevada Bar No. 7259 |
| 980 Kelly Johnson Drive, Suite 140 | T. Chase Pittsenbarger |
| Las Vegas, NV 89119 | Nevada Bar No. 13740 |
| *Attorneys for Plaintiff/Counterdefendant,* | 8945 W. Russell Road, Suite 330 |
| *Green Tree Servicing LLC, now known as Ditech Financial LLC* | Las Vegas, NV 89148 |
|  | *Attorneys for Defendant, Silverado Court Landscape Maintenance Corporation* |
| DATED: February 16, 2016 | DATED:  February 16, 2016 |

## ORDER

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its Reply to the HOA's Response to Green Tree's Motion for Summary Judgment is hereby extended up to and including Monday, March 7, 2016.

The deadline for the HOA to file its Reply to Green Tree's Response to the HOA's Motion for Summary Judgment is hereby extended up to and including Monday, March 7, 2016.

IT IS SO ORDERED.

Dated: February 17, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

3

**CERTIFICATE of SERVICE**

I hereby certify that on the 16th day of February 2016, the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** by the following means to the persons as listed below:

    X          a.     ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Paul R. Connaghan, Esq.  
CONNAGHAN NEWBERRY LAW FIRM  
7854 W. Sahara Ave.  
Las Vegas, Nevada 89117  
pconnaghan@cnlawlv.com  

*Attorneys for Defendant/ Counterclaim Plaintiff, Valencia Management LLC Series 4*

Sean L. Anderson, Esq.  
LEACH JOHNSON SONG & GRUCHOW  
8945 W. Russell Road, Suite 330  
Las Vegas, Nevada 89148  
sanderson@leachjohnson.com  

*Attorney for Defendant, Silverado Court Landscape Maintenance Corporation*

             b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   /s/ *Kathy Hagmaier*  
Kathy Hagmaier  
An employee of Wolfe & Wyman LLP