# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-725 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Silverado Court Landscape Maintenance Corporation's motion to dismiss the complaint. (Doc. # 10). Plaintiff Green Tree Servicing, LLC filed a response, (doc. # 14) and defendant Court filed a reply. (Doc. # 19).

This motion requests the dismissal of plaintiff's original complaint. (Doc. # 1). However, plaintiff filed first and second amended complaints. (Doc. ## 7, 44).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

Accordingly,

IT IS HEREBY ORDERED, and ADJUDGED, AND DECREED that defendant Silverado Court Landscape Maintenance Corporation's motion to dismiss the original complaint (doc. # 10) be, and the same hereby is, DENIED as moot without prejudice.

DATED March 14, 2016.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**