**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterclaim Defendant
**GREEN TREE SERVICING LLC, NOW KNOWN AS DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>      Plaintiff,<br>v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION,<br><br>      Defendants. | CASE NO.: 2:15-cv-00725-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT GREEN TREE SERVICING LLC. NOW KNOWN AS DITECH FINANCIAL LLC TO RESPOND TO OPPOSITIONS TO ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>      Counterclaim Plaintiff,<br>v.<br>GREEN TREE SERVICING LLC; DOES I through X, inclusive; ROES CORPORATION 1 through 10, inclusive,<br><br>      Counterclaim Defendants. | |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>      Third Party Plaintiff,<br>v.<br>SUSANNA MIZRAHI, an individual; AQUA FINANACE, INC., a foreign corporation; DOE | |

1

2716695.3

INDIVIDUALS I through X, inclusive; ROE CORPORATIONS 1 through 10, inclusive,

Third Party Defendants.

## STIPULATION

The parties, by and through their respective counsel of record, hereby stipulate to extend the time for Plaintiff / Counterclaim Defendant, GREEN TREE SERVICING LLC, now known as DITECH FINANCIAL LLC (hereinafter "Ditech"), to respond to Defendant / Counterclaimant VALENCIA MANAGEMENT LLC SERIES 4's Opposition to Motion for Summary Judgment filed on April 7, 2017 (Doc. No. 95.) and Defendant SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION's Opposition to Motion for Summary Judgment filed on April 7, 2017 (Doc. No. 96.). Ditech's time to file its Reply will be extended from April 21, 2017 to April 28, 2017. This is the first stipulation for extension to respond to papers filed regarding Ditech's Motion for Summary Judgment. This stipulation is necessary to complete briefing on the complex issues raised in the Motion and Oppositions. This request is not for any improper purpose or delay.

It is so stipulated.

| WOLFE & WYMAN LLP | CONNAGHAN/NEWBERRY LAW FIRM |
|---|---|
| By: */s Colt B. Dodrill*<br>Colt B. Dodrill<br>Nevada Bar No. 9000<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, NV 89119 | By: */s Tara D. Newberry*<br>Tara D. Newberry, Esq.<br>Nevada Bar No. 10696<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117 |
| *Attorneys for*<br>*Green Tree Servicing LLC, now known as*<br>*Ditech Financial LLC* | *Attorneys for*<br>*Valencia Management LLC Series 4* |
| DATED: April 18, 2017 | DATED: April 18, 2017 |

LEACH JOHNSON SONG & GRUCHOW

By: */s T. Chase Pittsenbarger*
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

*Attorneys for
Silverado Court LMC*

DATED: April 18, 2017

**ORDER**

**IT IS SO ORDERED.**

DATED: April 21, 2017

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

3

# CERTIFICATE OF SERVICE

On April 18, 2017, I served the **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GREEN TREE SERVICING LLC. NOW KNOWN AS DITECH FINANCIAL LLC TO RESPOND TO OPPOSITIONS TO ITS MOTION FOR SUMMARY JUDGMENT; AND ORDER (FIRST REQUEST)** by the following means to the persons as listed below:

__X__  a.  ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Paul R. Connaghan, Esq.
CONNAGHAN NEWBERRY LAW FIRM
7854 W. Sahara Ave.
Las Vegas, Nevada 89117
*pconnaghan@cnlawlv.com*

*Attorneys for
Valencia Management LLC Series 4*

T. Chase Pittsenbarger, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*cpittsenbarger@leachjohnson.com*

*Attorney for
Silverado Court LMC*

_____  b.  United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:  /s/ Cheryl Klukas
Cheryl Klukas
An employee of Wolfe & Wyman LLP

2716695.3