**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:     (702) 538-9074
Facsimile:      (702) 538-9113
sanderson@leachjohnson.com
cpittsenbarger@leachjohnson.com
*Attorneys for Defendant,*
*Silverado Court LMC*

# IN THE UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION; DOES 1 through 10; inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 10784 Teton Village Court, Henderson, NV 89052,<br><br>         Defendants. | Case No.:  2:15-cv-00725-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 103 ] (First Request)** |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>         Counterclaimant,<br><br>vs.<br><br>GREEN TREE SERVICING LLC,; DOES 1 through 10; inclusive; ROES Business Entities 1 through 10, inclusive,<br><br>         Counter-Defendants. | |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>         Third Party Plaintiff,<br><br>vs. | |

SUSANNA MIZRAHI, an individual;
AQUA FINANCE, INC., a foreign corporation; DOES 1 through 10; inclusive;
ROES Business Entities 1 through 10, inclusive,

                Third Party Defendants.

Plaintiff Green Tree Servicing LLC ("Green Tree") and Defendant Silverado Court Landscape Maintenance Corporation ("Association") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties agree to extend the deadline for the Association to file its Reply in Support of its Motion for Summary Judgment [ECF No. 103] which was filed on April 25, 2017, from Tuesday, May 30, 2017 to Friday, June 2, 2017;

2. This is the first request for an extension of time for the Association to file its Reply in Support of its Motion for Summary Judgment [ECF No. 103]; and

3. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

Dated: May 26, 2017.

WOLFE & WYMAN LLP

By: /s/ Colt B. Dodrill
    Colt B. Dodrill
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, Nevada 89110
    *Attorney for Green Tree Servicing LLC*

Dated: May 26, 2017.

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, Nevada 89148
    *Attorneys for Silverado Court Landscape Maintenance Corporation*

IT IS SO ORDERED May 31, 2017.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned, an employee of LEACH JOHNSON SONG & GRUCHOW, hereby certifies that on the 30th day of May, 2017, she caused to be served via the electronic filing system (if the intended recipients are registered users) a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 103]** (**First Request**):

Paul R Connaghan pconnaghan@cnlawlv.com

Sean L. Anderson sanderson@leachjohnson.com, kgruchow@leachjohnson.com, rcallaway@leachjohnson.com, rreed@leachjohnson.com

Colt B. Dodrill cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com, MAMcFadden@wolfewyman.com, kioffe@wolfewyman.com

Tara D Newberry tnewberry@cnlawlv.com, anewberry@cnlawlv.com, kseckinger@cnlawlv.com, myecfcnlaw@gmail.com

/s/ Trina Langley
An Employee of LEACH JOHNSON SONG & GRUCHOW