Colt B. Dodrill, Esq.
Nevada State Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterdefendant
GREEN TREE SERVICING LLC NOW
KNOWN AS DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>    Plaintiff,<br>v.<br><br>VALENCIA MANAGEMENT LLC SERIES 4; SILVERADO COURT LANDSCAPE MAINTENANCE CORPORATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 10784 Teton Village Court, Henderson, NV 89052,<br><br>    Defendant. | CASE NO. 2:15-cv-00725-JCM-PAL<br><br><br>**STIPULATION AND ORDER DISMISSING REMAINING CLAIMS AS MOOT AND ENTERING FINAL JUDGMENT** |
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>GREEN TREE SERVICING LLC; DOES 1 through 10, inclusive; ROES CORPORATION 1 through 10, inclusive,<br><br>    Counterclaim Defendants. | |

1

2952904.3

| | |
|---|---|
| 1 | VALENCIA MANAGEMENT LLC SERIES 4, a Nevada Limited Liability Company, |
| 2 | |
| 3 | Third Party Plaintiff,<br>v. |
| 4 | SUSANNA MIZRAHI, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, |
| 5 | |
| 6 | Third Party Defendants. |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREFORE, on January 22, 2018, the Court issues its Order (ECF 119.) granting Plaintiff GREEN TREE SERVICING LLC's now known as DITECH FINANCIAL, LLC ("Ditech") Motion for Summary Judgment;

WHEREFORE, the Court's Order did not address Ditech's claims for negligent misrepresentation or unconstitutional statute;

WHEREFORE, in light of the Court's Order granting summary judgment on Ditech's claims under 12 USC § 4617(j), Ditech's claims for negligent misrepresentation and unconstitutional statute have become moot;

WHEREFORE, the parties wish to obtain a final appealable judgment in this case;

ACCORDINGLY, IT IS HEREBY STIPULATED, that Ditech's claims for negligent misrepresentation and unjust enrichment are dismissed without prejudice;

IT IS FURTHER STIPULATED, that any statute of limitations, repose, or latches applicable to Ditech's claims for negligent misrepresentation and unjust enrichment are tolled, such that in the event the Court's order granting Ditech's Motion for Summary Judgment (ECF 119.) is reversed on appeal, Ditech may renew these claims in an amended pleading to be filed in the district court within 30 days of the filing in the district court of the mandate reversing such order.

///
///
///
///

2952904.3

IT IS FURTHER STIPULATED, that the Clerk may issue final judgment in this case pursuant to Fed. R. Civ. P. 54.

**IT IS SO STIPULATED.**

| WOLFE & WYMAN LLP | CONNAGHAN/NEWBERRY LAW FIRM |
|---|---|
| By: */s Colt B. Dodrill* <br> Colt B. Dodrill <br> Nevada Bar No. 9000 <br> 980 Kelly Johnson Drive, Suite 140 <br> Las Vegas, NV 89119 <br><br> *Attorneys for* <br> *Green Tree Servicing LLC, now known as Ditech Financial LLC* <br><br> DATED: February 6, 2018 | By: */s Tara D. Newberry* <br> Tara D. Newberry, Esq. <br> Nevada Bar No. 10696 <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br><br> *Attorneys for* <br> *Valencia Management LLC Series 4* <br><br> DATED: February 6, 2018 |

LEACH JOHNSON SONG & GRUCHOW

By: */s T. Chase Pittsenbarger*
    T. Chase Pittsenbarger, Esq.
    Nevada Bar No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, NV 89148

*Attorneys for*
*Silverado Court LMC*

DATED: February 6, 2018

**IT IS SO ORDERED.**

DATED: February 8, 2018

                                        UNITED STATES DISTRICT JUDGE

3
2952904.3

**CERTIFICATE OF SERVICE**

On February 6, 2018, I served the **STIPULATION AND ORDER DISMISSING REMAINING CLAIMS AS MOOT AND ENTERING FINAL JUDGMENT** by the following means to the persons as listed below:

   X        a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Sean L. Anderson    sanderson@leachjohnson.com, kgruchow@leachjohnson.com, pgutierrez@leachjohnson.com, rcallaway@leachjohnson.com, rreed@leachjohnson.com, tlangley@leachjohnson.com

Tara Clark Newberry    tnewberry@cnlawlv.com, hopkinslegalcounsel@gmail.com, kseckinger@cnlawlv.com, myecfcnlaw@gmail.com, nkhoury@cnlawlv.com, pconnaghan@cnlawlv.com

Timothy C. Pittsenbarger    cpittsenbarger@leachjohnson.com, pgutierrez@leachjohnson.com, rcallaway@leachjohnson.com, tlangley@leachjohnson.com

            b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

*/s/ Kathy Hagmaier*
By:   KATHY HAGMAIER
An employee of Wolfe & Wyman LLP

2952904.3